AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Starrett, Keith | U.S. District Court for the Southern Division of Mississippi | 06/08/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 1/1/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

701 N. Main Street
Suite 228
Hattiesburg, MS 39401

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Officer and Director | M-J-K, Inc. |
| 2. Trustee | Trust #1 Keith Starrett Self-employed Retirement Plan & Trust |
| 3. Director and Board Chair | National Association of Drug Court Professionals |
| 4. Member (See Notes VIII) | PCFF LLC, United Farms, LLC and Progress Timberlands LLC |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 12/31/2004 | Mississippi State Employees Pension Fund; Remainder of pension payments |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 06/08/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Association of Drug Court Professionals | 2/5/2014 - 2/6/2014 | Washington, DC | Meeting | travel, hotel, food |
| 2. | National Association of Drug Court Professionals | 2/25/2014- 2/26/2014 | New Orleans, LA | Meeting | travel, hotel, food |
| 3. | National Association of Drug Court Professionals | 3/14/2014 - 3/26/2014 | Vienna, Austria | United Nations Conference on Crime and Drugs | travel, hotel, food |
| 4. | National Association of Drug Court Professionals | 4/10/2014 - 4/11/2014 | Charleston, SC | Speaking at Federal Drug Court Graduation | travel, hotel, food |
| 5. | Mississippi Association for Justice | 4/14/2014 | Jackson, MS | Participant on Panel | travel |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Starrett, Keith | 06/08/2015 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 6. | National Association of Drug Court Professionals | 5/24/2014 - 6/1/2014 | Anaheim, CA | Conference and Board Meeting | travel, hotel, food |
| 7. | National Association of Drug Court Professionals | 11/5/2014 - 11/9/2014 | National Harbor, MD | Board Meeting | travel, hotel, food |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First South Ag Credit | Real Estate Loans (2) | P1 |
| 2. | Renaisant Bank | Real Estate Loan (contingent liability) | P1 |
| 3. | First Bank of Southwest Mississippi | Real Estate Loan (contingent liability) | P1 |
| 4. | Farm Credit Midsouth | Real Estate Loan (contingent liability) | P1 |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 06/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 Keith Starrett Self-Employed Ret. Plan & Trust | F | Int./Div. | P1 | W | | | | | |
| 2. Assets of Trust | | Royalty | | | | | | | |
| 3. -SLIAX Mutual Fund | | | | | | | | | |
| 4. -SLBAX Mutual Fund | | | | | | | | | |
| 5. -ABALX Mutual Fund | | | | | | | | | |
| 6. -Great Plains Energy | | | | | Sold | 02/18/14 | J | | |
| 7. -AIG Bond | A | Interest | | | Redeemed | 06/16/14 | J | | |
| 8. -Timberland Copiah Co., MS | | | | | | | | | |
| 9. -Timberland Attala Co., MS | | | | | | | | | |
| 10. -Pike County National Bank Common Stock | | | | | | | | | |
| 11. -Guardian Life Insurance Policies | | | | | Redeemed | 06/17/14 | K | | |
| 12. -Tutor Perini Bond | | | | | | | | | |
| 13. -Dodge & Cox Income Fund | | | | | | | | | |
| 14. -AK Steel Corp Bond | | | | | | | | | |
| 15. - International Paper Company Bond | | | | | | | | | |
| 16. -Dyncorp Intl Bond | | | | | | | | | |
| 17. -Exide Technology Bond | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 06/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Roadhouse Fin Bond | | | | | | | | | |
| 19. -United Refining Bond | | | | | | | | | |
| 20. Personal Charles Schwab Brokerage Acct., All investment | | | | | | | | | |
| 21. Decisions made by Independent Advisors | | | | | | | | | |
| 22. UAL Corp. (Bond) | A | Interest | | | Redeemed | 02/14/14 | K | | |
| 23. Whole Foods Market, Inc. | A | Dividend | J | T | | | | | |
| 24. Emerson Electric Co | A | Dividend | K | T | | | | | |
| 25. Enterprise Energy Partners LLC | B | Dividend | K | T | | | | | |
| 26. Qualcomm Inc | A | Dividend | L | T | | | | | |
| 27. EZ Chip Semiconductor | | None | K | T | | | | | |
| 28. Market Vector Gold | A | Dividend | J | T | | | | | |
| 29. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 30. Newmont Mining Convertible Debenture | A | Interest | J | T | | | | | |
| 31. Vivus, Inc. | | None | J | T | | | | | |
| 32. Nevada Copper Company | | None | J | T | | | | | |
| 33. Caterpillar, Inc. | A | Dividend | J | T | | | | | |
| 34. Compugen Ltd. | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 06/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ensco Int | A | Dividend | K | T | | | | | |
| 36. Mosaic, Inc. | A | Dividend | K | T | | | | | |
| 37. Phosphate Holdings | | None | | | Sold | 02/18/14 | J | | |
| 38. Freeport McMoran Copper and Gold | A | Dividend | K | T | | | | | |
| 39. A K Steel | | None | J | T | | | | | |
| 40. Schnitzer Steel | A | Dividend | J | T | | | | | |
| 41. United Continential Holdings | | None | J | T | | | | | |
| 42. American Airlines | A | Dividend | K | T | Sold (part) | 03/14/14 | J | C | |
| 43. Teck Resources, Ltd. | A | Dividend | K | T | | | | | |
| 44. Calpine Corp. | | None | J | T | | | | | |
| 45. Intel | A | Dividend | J | T | | | | | |
| 46. Net App Bond | B | Interest | | | Sold | 01/27/14 | J | C | |
| 47. Corning, Inc. | A | Dividend | J | T | | | | | |
| 48. Helmerich & Payne | A | Dividend | J | T | | | | | |
| 49. Devon Energy | A | Dividend | J | T | | | | | |
| 50. Tower Semi-Conductor Ltd. | | None | J | T | Buy | 02/13/14 | J | | |
| 51. Market Vectors Gold Miners ETF | | None | J | T | Buy | 02/18/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IRA #1 All investment decisions made by independent | | | | | | | | | |
| 53. Investment Advisors. Held by Charles Schwab | E | Int./Div. | P1 | T | | | | | |
| 54. -Aurico Gold | | | | | | | | | |
| 55. -Tower Semiconductor | | | | | | | | | |
| 56. -United Continental Holdings, Inc.(Name changed to UAL Corp) | | | | | | | | | |
| 57. -Sandisk Bond | | | | | | | | | |
| 58. -Wave Systems | | | | | | | | | |
| 59. -Troy Resources | | | | | | | | | |
| 60. -Quicklogic Corp | | | | | | | | | |
| 61. -AK Steel Holdings | | | | | | | | | |
| 62. -Compugen Ltd. | | | | | | | | | |
| 63. -Hercules Offshore | | | | | Sold | 08/27/14 | J | | |
| 64. -Northern Sun Mining Co) | | | | | Sold | 04/02/14 | J | | |
| 65. -Finsar Corp | | None | J | T | Buy | 06/10/14 | J | | |
| 66. -Phosphate Holdings, Inc. | | | | | Sold | 11/07/14 | J | | |
| 67. -Vivus, Inc. | | | | | | | | | |
| 68. -Century Aluminum | | | | | Sold | 07/16/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 06/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Anadigics, Inc. | | | | | Sold | 03/12/14 | J | | |
| 70. -Amgen, Inc. | | | | | | | | | |
| 71. -Emerson Electric | | | | | | | | | |
| 72. -EZ Chip Semiconductor | | | | | | | | | |
| 73. -Qualcomm | | | | | | | | | |
| 74. -Schnitzer Steel | | | | | | | | | |
| 75. -Whole Foods Market, Inc. | | | | | | | | | |
| 76. -Steel Dynamics (Convertible Bond) | | | | | Redeemed | 06/13/14 | K | | |
| 77. -Newmont Mining (Convertible Bond) | | | | | | | | | |
| 78. -Freeport McMoran Copper and Gold | | | | | | | | | |
| 79. -Market Vectors Gold Miners ETF | | | | | | | | | |
| 80. -Micron Technology (Convertible Bond) | | | | | | | | | |
| 81. -Tata Motors | | | | | Buy (add'l) | 05/21/14 | J | | |
| 82. -Ensco Int. | | | | | Sold | 09/17/14 | J | | |
| 83. -UAL Corp. (Bond) | | | | | Sold | 01/14/14 | K | E | |
| 84. -Teck Resources | | | | | | | | | |
| 85. -Newmont Mining | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Starrett, Keith | 06/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -International Paper | | | | | | | | | |
| 87. -Hospitality Properties Trust | | | | | | | | | |
| 88. -Advanced Micro Dev. (Convertable Bond) | | | | | Sold | 03/20/14 | K | A | |
| 89. -U.S. Steel (Bond) | | | | | Sold | 05/15/14 | J | | |
| 90. -Google, Inc. | | | | | | | | | |
| 91. -Global Silver Mines, ETF | | | | | | | | | |
| 92. -Apple Inc. | | | | | Buy (add'l) | 01/29/14 | J | | |
| 93. -Delta Airlines | | | | | Buy (add'l) | 04/11/14 | K | | |
| 94. -Dupont E I DE Nemours | | | | | | | | | |
| 95. -Proctor & Gamble | | | | | | | | | |
| 96. -US Steel Corp Bond | | | | | | | | | |
| 97. -L3 Communications Bond | | | | | Sold | 06/03/14 | K | | |
| 98. -Raytheon Corp | | | | | | | | | |
| 99. -Navistar International Bond | | | | | Sold | 10/15/14 | K | | |
| 100. -Mosaic Co. | | | | | | | | | |
| 101. -Evogene Ltd | | | | | | | | | |
| 102. -Intel Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 06/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -U.S. Steel | | | | | | | | | |
| 104. -Coeur Mining, Inc. | | | | | | | | | |
| 105. -Calpine Corp. | | | | | Sold (part) | 03/21/14 | J | | |
| 106. -Micron Technology Bonds | | | | | Buy (add'l) | 03/20/14 | J | | |
| 107. -Micron Technology Bonds | | | | | Sold (part) | 04/07/14 | L | | |
| 108. -Intel Corp Bond | | | | | | | | | |
| 109. -Linear Technology Bond | | | | | Sold | 05/01/14 | K | | |
| 110. -Quicklogic Corp | | | | | Buy (add'l) | 03/07/14 | J | | |
| 111. -AK Steel Bond | | | | | | | | | |
| 112. -Helmerich & Payne | | | | | Sold | 04/23/14 | K | | |
| 113. -Corning, Inc. | | | | | | | | | |
| 114. -Caterpillar, Inc. | | | | | | | | | |
| 115. -U.S. Steel | | | | | | | | | |
| 116. -Tower Semiconductor | | | | | Buy (add'l) | 03/12/14 | J | | |
| 117. -American Airlines | | | | | Sold (part) | 03/20/14 | J | | |
| 118. -Royal Gold, Inc. Bond | | | | | Buy | 02/14/14 | K | | |
| 119. -United Continental Holdings, Inc. | None | | | | Buy (add'l) | 04/09/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 06/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Linear Technology | | | | | Buy | 05/01/14 | J | | |
| 121. -Goodrich Petroelum 5% Bond Due 10/1/32 | | | | | Buy | 05/05/14 | K | | |
| 122. -Linear Technology | | | | | Sold | 05/01/14 | J | | |
| 123. -Delta Airlines | | | | | Sold (part) | 05/16/14 | K | | |
| 124. -NOW, Inc. | | | | | Buy | 06/18/14 | J | | |
| 125. -Goodrich Petroleum Corp. 5% Bond Due 10/1/29 | | | | | Buy | 08/01/14 | K | | |
| 126. -RTI International Metals 1/65% Bond | | | | | Buy | 08/08/14 | K | | |
| 127. -Webb MD Health Corp 2.5% Bond | | | | | Buy | 08/06/14 | K | | |
| 128. -Mosy's Inc. | | | | | Buy | 08/27/14 | J | | |
| 129. -RTI International Metals 1.625% Bond | | | | | Buy (add'l) | 09/08/14 | J | | |
| 130. -Cree Inc. | | | | | Buy | 09/17/14 | J | | |
| 131. -Veritis Corporation | | | | | Buy | 07/01/14 | J | | |
| 132. -Micron Technology 3% Bond Due 11/15/43 | | | | | Buy | 10/15/14 | J | | |
| 133. -Achillion Pharmaceuticals | | | | | Buy | 10/31/14 | J | | |
| 134. -Goodrich Petroleum Corp. 5% Bond Due 10/1/32 | | | | | Buy (add'l) | 08/01/14 | J | | |
| 135. Other Assets Owned individually by Keith Starrett | | | | | | | | | |
| 136. Rental Property No. 1; Pike Co., MS | F | Rent | O | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 06/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Rental Property No. 2; Pike Co., MS | F | Rent | O | W | | | | | |
| 138. Rental Property No. 3; Pike Co., MS | E | Rent | N | W | | | | | |
| 139. Mineral Rts; Pike Co.,MS | E | Royalty | L | W | | | | | |
| 140. Oakhurst Associates LP | | None | J | W | | | | | |
| 141. Pike County National Bank | A | Dividend | J | T | | | | | |
| 142. First SW Corp. Common Stock | G | Dividend | P1 | T | | | | | |
| 143. Regions National Bank | A | Interest | J | T | | | | | |
| 144. Timberland Walthall Co., MS; Two Tracts | C | Rent | P1 | W | | | | | |
| 145. Timberland Pike Co., MS 7 Tracts | E | Rent | P1 | W | Sold (part) | 12/15/14 | M | G | Dr. Frank Henchy |
| 146. Walker #1 Oil Investment, Walthall Co., MS | A | Royalty | | | Redeemed | 06/06/14 | J | A | well died |
| 147. United Farms LLC, St. Francis Co., Arkansas | C | Rent | M | W | | | | | |
| 148. M-J-K, Inc. | A | Interest | J | W | | | | | |
| 149. Charles Schwab Personal Account # 2 | | | | | | | | | |
| 150. MS Dev.Bank Special Obligation City of Jackson Bond CUSIP 60534TLQ6 | A | Interest | K | T | | | | | |
| 151. MS Dev. Bank Sepcial Obligation Greenville Bond | A | Interest | J | T | | | | | |
| 152. Educational Building Corp. Bond (USM) | A | Interest | J | T | | | | | |
| 153. MS Public Improvment Bank - Ridgeland Bond | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 06/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Virginia Tobacco Settlement (Bond) | A | Interest | J | T | | | | | |
| 155. Parkway East Public Improvement (Bond) | B | Interest | J | T | | | | | |
| 156. Tarrant County, Texas (Bond)CUSIP 87638 | B | Interest | K | T | | | | | |
| 157. MS Developement Bank (Bond) | A | Interest | J | T | | | | | |
| 158. MS. Developement Bank (Bond) | A | Interest | J | T | | | | | |
| 159. Miss. Business Finance Corporation (Bond) | B | Interest | K | T | | | | | |
| 160. Lowndes Co. Miss Solid Waste Disp. Pollution (Bonds) | B | Interest | K | T | | | | | |
| 161. Miss. Dev. Bank Spec. Oblig. Muni. Energy Agency (Bond) | A | Interest | K | T | | | | | |
| 162. Harris Co. Houston, TX Sports Authority (Bond) | A | Interest | | | Redeemed | 05/15/14 | J | B | |
| 163. Miss. Hosp. Equip. Facilities (bond)CUSIP 605360PQ3 | A | Interest | J | T | | | | | |
| 164. Miss. Dev. Bank Special Oblig. Capital Projects (Bond) CUSIP 60534Q567 | B | Interest | K | T | | | | | |
| 165. Miss. Dev. Bank Spec. Oblig. Munc. Energy (Bond) Agency | B | Interest | K | T | | | | | |
| 166. Miss. Home Corp. Single Fmly. Mortgage (Bond) CUSIP 60535QA28 | A | Interest | J | T | | | | | |
| 167. Puerto Rico Commonwealth Intra Fincancing (Bond) CUSIP 745146HEO | A | Interest | J | T | | | | | |
| 168. Puerto Rico Commwealth Intra. Financing (Bond) | A | Interest | K | T | | | | | |
| 169. Miss. Development Bank Special Obligation (Bond) | A | Interest | J | T | | | | | |
| 170. Miss. State University Educational Building Corp. (Bond) | A | Interest | | | Redeemed | 08/01/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 06/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Miss. Development Bank Special Obligation CUSIP #605343-R95 | A | Interest | J | T | | | | | |
| 172. Warren Co, MS Gulf Opp Zone CUSIP #935018 (Bond) | B | Interest | K | T | | | | | |
| 173. Miss. Dev Bank Special Oblg. Southhaven, MS CUS #60534P-QN-6 | A | Interest | J | T | | | | | |
| 174. Ms. Dev Bank Spec Oblg, Jackson, MS CUSI #60534Q-QH-7 (Bond) | B | Interest | L | T | | | | | |
| 175. Warren Co, MS Gulf Opp. Zone Int. Pap. CUSIP #935031AA2 (Bond) | C | Interest | K | T | | | | | |
| 176. LA Local Govt. Envior. Facilities Comm Dev QSIP#546282-AH-7 | A | Interest | J | T | | | | | |
| 177. MS Dev Bank Spec Oblg Capital Proj. QSIP#605343-R9-5 (Bond) | A | Interest | J | T | | | | | |
| 178. MS Dev Bank Spec Oblg CUSIP#605343-R9-5 (Bond) | A | Interest | J | T | | | | | |
| 179. MS Dev Bank Special Oblg CUSIP#605343 (Bond) | A | Interest | J | T | | | | | |
| 180. MS Bus Fin Corp Gulf Opp Zone South MS Elec SIP#60528B-AP-7 | A | Interest | J | T | | | | | |
| 181. MS Hospital Equip. & Facilities CUSIP#605360PQ3 | C | Interest | K | T | | | | | |
| 182. Scotsburg, Indiana Health Facility CUSIP#81039PAA7 | A | Interest | | | Redeemed | 03/27/14 | J | A | |
| 183. Stonebridge Pub Improvement Dist (Bond) QSIP#86176HAC3 | | None | J | T | | | | | |
| 184. MS Dev Bank Spec Oblg CUSIP#605343TT9 (Bond) | A | Interest | J | T | | | | | |
| 185. MS Dev Bank Spec Oblg CUSIP#605343TT9 (Bond) | A | Interest | J | T | | | | | |
| 186. Flowood, MS Tax Increment Financing CUSIP#343534LJ0 (Bond) | A | Interest | J | T | | | | | |
| 187. First BankShares of Mississippi, d/b/a The First | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 06/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. Georgia Govt Bonds CUSIP 373271AA3 | B | Interest | K | T | | | | | |
| 189. Puerto Rico COFIN CUSIP 74529JLK9 | A | Interest | J | T | | | | | |
| 190. Miss. Dev. Bank Bond CUSIP 60534QGN5 (Bond) | A | Interest | K | T | | | | | |
| 191. Miss. Hospital Equip. Bonds CUSIP 60535PAW2 (Bond) | B | Interest | K | T | | | | | |
| 192. PCFF, LLC Farmland in Panola County, MS | | None | J | W | Buy | 01/15/14 | K | | Panola Co. Fish Farms LLC |
| 193. Miss. Dev. Bank Bond CUSIP 60534QND9 (Bond) | A | Interest | J | T | | | | | |
| 194. City of Gulfport Bond CUSIP 402682BHO | A | Interest | J | T | | | | | |
| 195. Entergy Corp | B | Dividend | | | Sold | 12/19/14 | K | B | |
| 196. Great Plains Energy | A | Dividend | J | T | | | | | |
| 197. Phosphate Holdings | | None | | | Sold | 12/15/14 | J | | |
| 198. AK Steel Holding | | None | J | T | | | | | |
| 199. Hancock John Financial Bank Shares | A | Dividend | J | T | | | | | |
| 200. Goodrich Petroleum Co. | | None | J | T | Buy | 07/25/14 | J | | |
| 201. Goodrich Petroleum Co. | | None | J | T | Sold (part) | 09/18/14 | J | | |
| 202. Louisiana Public Facilities Bond CUSIP 546395D84 | A | Interest | J | T | | | | | |
| 203. Univ Southern Miss Bond CUSIP 91336TB58 | A | Interest | J | T | | | | | |
| 204. Wood County W VA Bond CUSIP97835PAA9 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 06/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Timberland Covington County, Mississippi | | None | P1 | W | | | | | |
| 206. Mineral Rights, Amite Co., MS | A | Royalty | J | W | | | | | |
| 207. Mineral Rights Franklin Co., MS | | None | J | W | | | | | |
| 208. Mineral Rights, Walthall Co., MS | | None | J | W | | | | | |
| 209. Mineral Rights, Lincoln Co., MS | | None | J | W | | | | | |
| 210. Mineral Rights, Copiah Co., MS | | None | J | W | | | | | |
| 211. Mineral Rights, Marion Co., MS | | None | J | W | | | | | |
| 212. Mineral Rights, Covington Co, MS | | None | J | W | | | | | |
| 213. Time Share Condo; New Orleans, LA | | None | J | W | | | | | |
| 214. Note and Mortgage Receivable (Magee) | E | Interest | N | T | | | | | |
| 215. Progress Timberlands LLC, Lamar Co., MS. Timberland | E | Distribution | P1 | W | | | | | |
| 216. Goodrich Petroleum Corp. 5% of 32 Bond | A | Interest | J | T | Buy | 01/17/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B ~$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 06/08/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

III.-A Non-Investment Income
 The insurance policies listed here in my 2013 report were transferred out of my Pension Trust to me individually and no non-investment income was received from my Pension Trust.

VII. Investments and Trusts

Lines 147, 192 and 215. Shared interests in Farming Limited Partnerships United Farms, LLC, Progress Timberlands, LLC and PCFF, LLC were purchases and I have the position of member. The interests I own are minority interests.

From 2013 Report Line 61 for Net App Bond should have been partial sell instead of total sell. The balance of the bonds were sold in 2014.

Line 215. Progress Timberlands LLC is a partnership owning timberland in Lamar County, Mississippi. It made a small book profit in 2014, but no distributions were made. Income for the entity comes from timber sales, hunting leases and land  sales. None of the choices, i.e. rent, interest, etc., fit so "distribution" was used. Also, the individual transactions will not be listed.

Line 15. International paper Copmany Bond was previously list as Chamption Institutional Co. Bond. The name was changed because of a merger.

There were several duplicative listings in VII including Coeur Mining and AK Steel and these were removed.

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 06/08/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Keith Starrett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544